# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN RE: RISPERDAL LITIGATION JONATHAN SAKSEK, | : | No. 75 EAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, JANSSEN RESEARCH AND DEVELOPMENT, LLC, | : | |
| | : | |
| Respondents | : | |
| IN RE: RISPERDAL LITIGATION JOSHUA WINTER, | : | No. 76 EAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, JANSSEN RESEARCH AND DEVELOPMENT, LLC, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of July, 2018, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by Petitioner, is:

[S]hould summary judgment have been granted in Janssen's favor on statute of limitations grounds?